# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KEVIN A. PEZZANO AND ELIZABETH L. PEZZANO,

                Petitioners

        v.

DAVID J. MOSESSO, HAROLD C. WILSON III, AND TOWAMENCIN TOWNSHIP,

                Respondents

: No. 836 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.